UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHARLES GALAN,

    Plaintiff,

v.

BARCLAYS BANK DELAWARE,

    Defendant.
_____/

CASE NO: 1:14-cv-23446-UU
**JURY TRIAL DEMANDED**

## AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

Pursuant to Federal Rule of Civil Procedure 15, CHARLES GALAN ("Mr. Galan") files this amended complaint against BARCLAYS BANK DELAWARE ("BARCLAYS") and in support alleges:

## NATURE OF ACTION

1. This is an action for injunctive relief and damages brought by Plaintiff, Charles Galan, an individual consumer, for violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. ("TCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 et seq. ("FCCPA") against BARCLAYS. Fundamentally, this case is about BARCLAYS's refusal to respect Mr. Galan's personal and legal rights in its attempts to collect an alleged debt.

2. The amended complaint arose based on the discovery of additional phone calls from BARCLAYS, including calls from a separate telephone number of BARCLAYS, as well as recent calls from BARCLAYS to Mr. Galan that occurred after BARCLAYS was informed that Mr. Galan was represented by an attorney and notified to direct any communication regarding the alleged debt to his attorney.

## JURIDICTION AND VENUE

3. Jurisdiction of this Court arises pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1367(a), and 47 U.S.C. § 227(b)(3). *See Mims v. Arrow Fin. Serv., LLC*, 132 S. Ct. 740, 753 (2012) (federal district courts have federal question jurisdiction over TCPA claims).

## THE PARTIES

4. Plaintiff, Charles Galan, is a natural person residing in Florida.

5. Defendant, BARCLAYS, is chartered as a National Bank with its principal place of business located at BARCLAYS BANK DELAWARE, 100 S. West Street, Wilmington, Delaware 19801.

6. Plaintiff had two (2) alleged debts to BARCLAYS arising out of personal, family, or household purposes.

7. Plaintiff, facing numerous financial difficulties, hired Davis Law Firm to represent him with regard to all debts and claims that his creditors may have had against him, and to seek relief from the overwhelming volume of debt collection calls and letters that Plaintiff was receiving.

## BACKGROUND

8. Beginning in early 2014, Plaintiff began to receive multiple telephone calls from BARCLAYS to Plaintiff's cellular phone (786-970-6775) in an attempt to collect an alleged debt.

9. Plaintiff is the regular user and carrier of the cellular telephone 786-970-6775 and was the called party and recipient of BARCLAYS described calls.

10. Plaintiff is the "called party." *See Soppet v. Enhanced Recovery Co., LLC*, 679 F.3d 637, 643 (7th Cir. 2012).

11. Plaintiff is a "consumer" as defined in Florida Statute Section 559.55(2).

12. Defendant is a corporate entity responsible for attempting to collect a debt from Plaintiff and is transacting business in the State of Florida.

13. The debt that is the subject matter of this complaint is a "consumer debt" as defined by Florida Statute Section 559.55(1).

14. The BARCLAYS accounts were in Plaintiff's name, ending with 3012 and 5458.

15. BARCLAYS called the Plaintiff using numbers 866-408-4070, 866-456-0677, and 866-456-0684.

16. Upon speaking with a BARCLAYS representative, Plaintiff informed BARCLAYS to "stop calling."

17. Despite his request for the calls to stop, BARCLAYS continued to call Plaintiff's cellular phone.

18. BARCLAYS called Plaintiff a minimum of 103 times between April 24, 2014 and September 10, 2014.

19. Exhibit "A" displays the times and dates of at least some of the telephone calls made by BARCLAYS to Mr. Galan's cellular telephone.

20. BARCLAYS attempted to collect a debt from Plaintiff by this campaign of telephone calls.

21. The telephone calls made to Plaintiff's cellular telephone were willfully or knowingly made.

22. The telephone calls made to Plaintiff's cellular telephone were made using an automatic telephone dialing system.

23. The telephone calls made by BARCLAYS were made using an artificial or

prerecorded voice.

24. BARCLAYS did not have Plaintiff's consent to call his cellular telephone using automatic telephone dialing equipment.

25. The telephone calls made to Plaintiff's cellular telephone were not made for emergency purposes.

26. The phone number 866-408-4070 is a number that does or did belong to BARCLAYS or its agents.

27. The phone number 866-456-0677 is a number that does or did belong to BARCLAYS or its agents.

28. The phone number 866-456-0684 is a number that does or did belong to BARCLAYS or its agents.

29. The calls were so frequent and in such a harassing manner that after receiving multiple telephone calls from BARCLAYS, Plaintiff attempted to block the calls on his cellular phone.

30. In correspondence from BARCLAYS dated July 16, 2014 and July 10, 2014, BARCLAYS acknowledges that it received a <u>written</u> cease and desist request from Mr. Galan for each of his respective BARCLAYS accounts and <u>agreed in writing</u> to cease contacting him. A copy of the correspondence from BARCLAYS acknowledging the written cease and desist request is attached as composite Exhibit "B."

31. On September 10, 2014, BARCLAYS called Mr. Galan's cellular phone with an automated dialing system in an attempt to collect a debt.

32. Additionally, on July 31, 2014, Mr. Galan, through counsel, advised BARCLAYS that he was represented by an attorney with regard to all accounts owned or serviced by

BARCLAYS and requested that BARCLAYS cease all contact with Mr. Galan.

33. The July 31, 2014 communications to BARCLAYS provided BARCLAYS with additional notice that (a) Mr. Galan was represented by counsel with regard to his alleged debts, (b) Mr. Galan did not wish to be contacted directly again by BARCLAYS, and (c) Mr. Galan disputed the alleged debts.  A copy of the letter is attached as Exhibit "C."

34. On or about August 11, 2014, BARCLAYS sent correspondence to Mr. Galan "c/o Davis Law Firm," acknowledging that it had received the July 31, 2014 letter from Davis Law Firm.  A copy of BARCLAYS's letter to Davis Law Firm acknowledging that Mr. Galan was represented by an attorney is attached as Exhibit "D."

35. On September 10, 2014, even after receiving the certified July 31, 2014 letter from counsel and after sending return correspondence "c/o Davis Law Firm" acknowledging that Mr. Galan was represented by an attorney, BARCLAYS <u>again</u> called Mr. Galan in an attempt to collect a debt.

36. BARCLAYS has many similar complaints from consumers across the country to those alleged by Plaintiff in this lawsuit.

37. All conditions precedent to bringing this action have been performed or have been waived.

### COUNT I – VIOLATIONS OF THE TCPA BY BARCLAYS

38. Mr. Galan incorporates by reference paragraphs 1 through 37 of this Complaint.

39. BARCLAYS willfully and knowingly placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system and/or used a pre-recorded or artificial voice to Plaintiff's cellular telephone without Plaintiffs consent in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

40. WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant, BARCLAYS for:

   a) Damages; and

   b) Such other or further relief as the Court deems equitable, just, or proper.

## COUNT II – VIOLATIONS OF
## FLORIDA CONSUMER COLLECTION PRACTICES ACT

41. Mr. Galan incorporates by reference paragraphs 1 through 37 of this Complaint.

42. By continuing to contact Mr. Galan despite having actual knowledge that Mr. Galan did not consent to be called, by using automatic telephone dialing equipment to call Mr. Galan' cellular telephone and leaving artificial or pre-recorded voicemails in his cellular telephone's voicemail box, by calling him over 100 times in a 30-day span, and by communicating with Mr. Galan in a manner reasonably expected to harass Mr. Galan, BARCLAYS engaged in consequence the natural consequence of which was to harass in violation of Fla. Stat.§ 559.72(7).

43. By continuing to contact Mr. Galan despite having actual knowledge that Mr. Galan was represented by an attorney and that Mr. Galan did not wish to be called by BARCLAYS regarding the disputed debts, BARCLAYS continued calls to Mr. Galan were in violation of Fla. Stat. § 559.72(18).

44. WHEREFORE, Plaintiff request that the Court enter judgment in favor of Plaintiff and against Defendant, BARCLAYS for:

   a) Actual and statutory damages;

   b) Attorney's fees, litigation expenses and costs of suit; and

   c) Such other or further relief as the Court deems equitable, just, or proper.

## COUNT III – INJUNCTIVE RELIEF

45. Mr. Galan incorporates by reference paragraphs 1 through 37 of this Complaint.

46. Plaintiff seeks a permanent injunction prohibiting BARCLAYS from continuing its violations of the FCCPA.

47. WHEREFORE, Plaintiff requests that the Court enter judgment:

   a) Declaring that BARCLAYS's practices violated the FCCPA;

   b) Permanently enjoining the Defendant from engaging in the violative practices; and

   c) Such other and further relief as the Court deems equitable, just, or proper.

**DAVIS LAW FIRM**

*s/Todd M. Davis*
**TODD M. DAVIS, ESQ.**
FL BAR NO. 58470
Bank of America Tower
50 N. Laura Street
Suite 2500
Jacksonville, FL 32202
904-400-1429 (T)
904-638-8800 (F)
TD@DavisPLLC.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 23, 2014, I e-filed this document using the CM/ECF system. I further certify that I am not aware of any non-CM/ECF participants.

s/TODD M. DAVIS
Todd M. Davis

**Exhibit "A"**
**Call Log to Mr. Galan's Cell Phone**

| **Telephone Number** | **Call Date / Call Time** |
|---|---|
| 1.  8664084070 | 5/19/2014 4:16 PM |
| 2.  8664084070 | 5/19/2014 6:03 PM |
| 3.  8664084070 | 5/20/2014 8:06 AM |
| 4.  8664084070 | 5/20/2014 12:17 PM |
| 5.  8664084070 | 5/20/2014 1:54 PM |
| 6.  8664084070 | 5/20/2014 4:52 PM |
| 7.  8664084070 | 5/21/2014 9:21 AM |
| 8.  8664084070 | 5/21/2014 10:24 AM |
| 9.  8664084070 | 5/21/2014 12:03 PM |
| 10. 8664084070 | 5/21/2014 5:14 PM |
| 11. 8664084070 | 5/22/2014 8:04 AM |
| 12. 8664084070 | 5/22/2014 10:31 AM |
| 13. 8664084070 | 5/22/2014 12:10 PM |
| 14. 8664084070 | 5/22/2014 5:35 PM |
| 15. 8664084070 | 5/23/2014 8:52 AM |
| 16. 8664084070 | 5/23/2014 11:31 AM |
| 17. 8664084070 | 5/23/2014 12:23 PM |
| 18. 8664084070 | 5/23/2014 4:20 PM |
| 19. 8664560677 | 5/24/2014 9:16 AM |
| 20. 8664560677 | 5/24/2014 10:01 AM |

| | |
|---|---|
| 21. 8664560677 | 5/24/2014 10:34 AM |
| 22. 8664560677 | 5/24/2014 10:59 AM |
| 23. 8664084070 | 5/26/2014 8:41 AM |
| 24. 8664084070 | 5/26/2014 11:44 AM |
| 25. 8664084070 | 5/26/2014 1:13 PM |
| 26. 8664084070 | 5/26/2014 6:08 PM |
| 27. 8664560677 | 5/27/2014 8:56 AM |
| 28. 8664560677 | 5/27/2014 9:07 AM |
| 29. 8664560677 | 5/27/2014 9:25 AM |
| 30. 8664084070 | 5/28/2014 9:14 AM |
| 31. 8664084070 | 5/28/2014 12:15 PM |
| 32. 8664084070 | 5/28/2014 2:26 PM |
| 33. 8664560677 | 5/29/2014 8:47 AM |
| 34. 8664560677 | 5/29/2014 9:18 AM |
| 35. 8664560677 | 5/29/2014 9:31 AM |
| 36. 8664560677 | 5/29/2014 6:13 PM |
| 37. 8664560677 | 5/31/2014 8:55 AM |
| 38. 8664560684 | 5/31/2014 9:32 AM |
| 39. 8664560684 | 5/31/2014 10:02 AM |
| 40. 8664560677 | 5/31/2014 10:28 AM |
| 41. 8664560684 | 6/3/2014 8:51 AM |
| 42. 8664560684 | 6/3/2014 9:20 AM |
| 43. 8664560684 | 6/3/2014 9:31 AM |

| | |
|---|---|
| 44. 8664560684 | 6/3/2014 6:05 PM |
| 45. 8664560677 | 6/5/2014 9:00 AM |
| 46. 8664560684 | 6/5/2014 9:26 AM |
| 47. 8664560677 | 6/5/2014 9:38 AM |
| 48. 8664560677 | 6/5/2014 6:12 PM |
| 49. 8664560684 | 6/7/2014 11:05 AM |
| 50. 8664560684 | 6/7/2014 12:29 PM |
| 51. 8664560677 | 6/7/2014 1:24 PM |
| 52. 8664560684 | 6/7/2014 6:54 PM |
| 53. 8664084070 | 6/9/2014 8:03 AM |
| 54. 8664084070 | 6/9/2014 10:46 AM |
| 55. 8664084070 | 6/9/2014 1:44 PM |
| 56. 8664084070 | 6/9/2014 2:30 PM |
| 57. 8664084070 | 6/9/2014 5:34 PM |
| 58. 8664560677 | 6/10/2014 8:46 AM |
| 59. 8664560684 | 6/10/2014 9:01 AM |
| 60. 8664560684 | 6/10/2014 9:25 AM |
| 61. 8664560684 | 6/10/2014 6:19 PM |
| 62. 8664084070 | 6/11/2014 8:04 AM |
| 63. 8664084070 | 6/11/2014 8:37 AM |
| 64. 8664084070 | 6/11/2014 9:52 AM |
| 65. 8664084070 | 6/11/2014 5:16 PM |
| 66. 8664560684 | 6/12/2014 8:45 AM |

| | |
|---|---|
| 67. 8664560677 | 6/12/2014 9:06 AM |
| 68. 8664560684 | 6/12/2014 10:47 AM |
| 69. 8664560677 | 6/12/2014 6:13 PM |
| 70. 8664560677 | 6/13/2014 9:00 AM |
| 71. 8664560677 | 6/13/2014 9:51 AM |
| 72. 8664560677 | 6/13/2014 4:30 PM |
| 73. 8664560677 | 6/13/2014 7:20 PM |
| 74. 8664560677 | 6/14/2014 8:29 AM |
| 75. 8664560677 | 6/14/2014 10:24 AM |
| 76. 8664560677 | 6/14/2014 12:40 PM |
| 77. 8664560684 | 6/14/2014 6:16 PM |
| 78. 8664560684 | 6/16/2014 9:01 AM |
| 79. 8664560677 | 6/16/2014 10:41 AM |
| 80. 8664560684 | 6/16/2014 11:44 AM |
| 81. 8664560677 | 6/16/2014 5:57 PM |
| 82. 8664560677 | 6/17/2014 10:32 AM |
| 83. 8664560684 | 6/17/2014 11:20 AM |
| 84. 8664560684 | 6/17/2014 11:43 AM |
| 85. 8664560677 | 6/17/2014 6:10 PM |
| 86. 8664560684 | 6/18/2014 9:15 AM |
| 87. 8664560684 | 6/18/2014 9:55 AM |
| 88. 8664560684 | 6/18/2014 10:20 AM |
| 89. 8664560684 | 6/18/2014 6:49 PM |

| | |
|---|---|
| 90. 8664084070 | 04/24/2014 10:53 AM |
| 91. 8664560677 | 05/24/2014 09:02 AM |
| 92. 8664560684 | 05/31/2014 09:03 AM |
| 93. 8664084070 | 06/09/2014 03:14 PM |
| 94. 8664560677 | 06/09/2014 04:05 PM |
| 95. 8664560684 | 06/10/2014 08:11 AM |
| 96. 8664560677 | 06/10/2014 08:18 AM |
| 97. 8664084070 | 06/11/2014 04:51 PM |
| 98. 8664084070 | 06/11/2014 04:52 PM |
| 99. 8664560677 | 06/11/2014 04:52 PM |
| 100.    8664560677 | 06/17/2014 08:44 PM |
| 101.    8664560684 | 06/18/2014 06:01 PM |
| 102.    8664560677 | 06/18/2014 06:05 PM |
| 103.    8664560677 | 09/10/2014 11:19 AM |