# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CHARLES GALAN,

      Plaintiff,

v.

                                        CASE NO: 0:14-cv-23446-UU

BARCLAYS BANK DELEWARE,
A Foreign Corporation,

      Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, CHARLES GALAN and Defendant, BARCLAYS BANK DELEWARE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), stipulate that the matters between them have been resolved and therefore request this Honorable Court to dismiss Plaintiffs' claims, with Prejudice, against Defendant with each party to bear its own fees and costs.

Respectfully Submitted,

| **DAVIS LAW FIRM** | **FIELDS HOWELL LLP** |
|---|---|
| *s/Todd M. Davis* | *s/Armando P. Rubio* |
| **TODD M. DAVIS, ESQ.** | **ARMANDO P. RUBIO, ESQ.** |
| FL Bar No. 58470 | Florida Bar No. 478539 |
| TD@DavisPLLC.com | arubio@fieldshowell.com |
| Bank of America Tower | 9155 So. Dadeland Blvd. |
| 50 N. Laura Street | Suite 1012 |
| Suite 2500 | Miami, FL 33156 |
| Jacksonville, FL 32202 | Tel: (786) 870-5610 |
| 904-400-1429 (T) | Fax: (855) 802-5821 |
| 904-638-8800 (F) | *Attorneys for Barclays* |
| *Attorney for Galan* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2016, I e-filed this document using the CM/ECF system, which will notify the other parties of record.

*/s/TODD M. DAVIS*
Todd M. Davis